1 | WILSON TURNER KOSMO LLP
Frederick W. Kosmo, Jr. (SBN 138036)
2 | Hubert Kim (SBN 204957)
402 West Broadway, Suite 1600
3 | San Diego, California 92101
Telephone: (619) 236-9600
4 | Facsimile: (619) 236-9669
E-mail: fkosmo@wilsonturnerkosmo.com
5 | E-mail: hkim@wilsonturnerkosmo.com

6 | ARNALL GOLDEN GREGORY LLP
Kevin M. Bell (MD Bar # 14832) (*pro hac vice forthcoming*)
7 | Matthew D. Zapadka (VA Bar # 88140) (*pro hac vice forthcoming*)
Justin F. Ferraro (VA Bar # 92226) (*pro hac vice forthcoming*)
8 | 2100 Pennsylvania Avenue, NW, Suite 350S
Washington, DC 20037
9 | Telephone: 202.677.4906
Fax: 202.677.4031
10 | E-mail: Kevin.Bell@AGG.com
E-mail: Matthew.Zapadka@AGG.com
11 | E-mail: Justin.Ferraro@AGG.com

12 | Attorneys for Plaintiff BOTANIC TONICS, LLC,
a Delaware limited liability company

13 | **[ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE]**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHOT OF JOY LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:23-cv-10437<br><br>**PLAINTIFF BOTANIC TONICS, LLC'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>**[L.R. 7.1-1; Fed. R. Civ. Proc. 7.1]** |

-1-    Case No. 2:23-cv-10437

PLAINTIFF'S NOTICE OF INTERESTED PARTIES AND CORPORATE
DISCLOSURE STATEMENT

1  GORDEE, NOWICKI & BLAKENLY LLP
   Kevin R. Nowicki (SBN 128686)
2  100 Spectrum Center Drive, Suite 870
   Irvine, California 92618
3  Telephone: (949) 567-9923
   Facsimile: (949) 567-9928
4  E-mail: knowicki@gna-law.com

5  Attorneys for Plaintiff BOTANIC TONICS, LLC,
   a Delaware limited liability company

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-   Case No. 2:23-cv-10437
PLAINTIFF'S NOTICE OF INTERESTED PARTIES AND CORPORATE
DISCLOSURE STATEMENT

Pursuant to Central District Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff Botanic Tonics, LLC ("Plaintiff"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Botanic Tonics, LLC, a Delaware limited liability company, has a pecuniary interest in the outcome of this case because it is the Plaintiff who brought this action. There are a large number of individuals/entities with membership interests of varying amounts in Plaintiff Botanic Tonics, LLC. However, Hydra623 Holdings, LLC, a Delaware limited liability company, and Anthos Capital V, L.P., a Delaware limited partnership are the only two individuals/entities that own more than 10% of Plaintiff Botanic Tonics, LLC's membership interests.

2. Defendant Shot of Joy LLC has a pecuniary interest in the outcome of this case because it is the Defendant in this action.

In addition, pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of Plaintiff's stock.

Dated:  December 13. 2023                    **WILSON TURNER KOSMO LLP**

By:   /s/*Frederick W. Kosmo, Jr*.
         FREDERICK W. KOSMO, JR.
         HUBERT KIM

**GORDEE, NOWICKI & BLAKENLY LLP**
         KEVIN R. NOWICKI

**ARNALL GOLDEN GREGORY LLP**
         KEVIN M. BELL (*pro hac vice forthcoming*)
         MATTHEW D. ZAPADKA BELL (*pro hac vice forthcoming*)
         JUSTIN F. FERRARO BELL (*pro hac vice forthcoming*)

         Attorneys for Plaintiff
         BOTANIC TONICS, LLC

-3-      Case No. 2:23-cv-10437