| | |
|---|---|
| 1 | WILSON TURNER KOSMO LLP |
| 2 | Frederick W. Kosmo, Jr. (SBN 138036)<br>Hubert Kim (SBN 204957) |
| 3 | 402 West Broadway, Suite 1600<br>San Diego, California  92101 |
| 4 | Telephone:  (619) 236-9600<br>Facsimile:   (619) 236-9669 |
| 5 | E-mail:  fkosmo@wilsonturnerkosmo.com<br>E-mail:  hkim@wilsonturnerkosmo.com |
| 6 | ARNALL GOLDEN GREGORY LLP |
| 7 | Kevin M. Bell (MD Bar # 14832) (*pro hac vice forthcoming*)<br>Matthew D. Zapadka (VA Bar # 88140) (*pro hac vice forthcoming*) |
| 8 | Justin F. Ferraro (VA Bar # 92226) (*pro hac vice forthcoming*)<br>2100 Pennsylvania Avenue, NW, Suite 350S |
| 9 | Washington, DC  20037<br>Telephone: 202.677.4906 |
| 10 | Fax: 202.677.4031<br>E-mail:  Kevin.Bell@AGG.com |
| 11 | E-mail:  Matthew.Zapadka@AGG.com<br>E-mail:  Justin.Ferraro@AGG.com |
| 12 | Attorneys for Plaintiff BOTANIC TONICS, LLC, |
| 13 | a Delaware limited liability company |
| 14 | **[ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE]** |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company,<br><br>           Plaintiff,<br><br>      v.<br><br>SHOT OF JOY LLC, a California limited liability company,<br><br>           Defendants. | Case No. 2:23-cv-10437-WHL (PDx)<br><br>**DECLARATION OF JUSTIN F. FERRARO FOR PRO HAC VICE APPLICATION** |

-1-    Case No. 2:23-cv-10437-WHL (PDx)
DECLARATION OF JUSTIN F. FERRARO

4861-5559-9000.v1

1  GORDEE, NOWICKI & BLAKENLY LLP
   Kevin R. Nowicki (SBN 128686)
2  100 Spectrum Center Drive, Suite 870
   Irvine, California 92618
3  Telephone: (949) 567-9923
   Facsimile: (949) 567-9928
4  E-mail: knowicki@gna-law.com

5  Attorneys for Plaintiff BOTANIC TONICS, LLC,
   a Delaware limited liability company

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-   Case No. 2:23-cv-10437-WHL (PDx)
DECLARATION OF JUSTIN F. FERRARO

4861-5559-9000.v1

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the following is true and correct:

1. I was admitted to practice law in the Commonwealth of Virginia on October 27, 2017.

2. Requests for Certificates of Good Standing in Virginia must be submitted to the Virginia State Bar by mail, and processing times can take up to 5 days depending on the number of requests in process at the time.

3. Because I did not possess a certificate dated within the prior 30 days, I have submitted a request for a new certificate from the Virginia State Bar.

4. As of the date of this filing, I have not yet received a copy of the newly issued certificate by mail or electronically.

5. As soon as I receive the new certificate, I will update this filing accordingly.

Dated: December 21. 2023

**ARNALL GOLDEN GREGORY LLP**

By: /s/ Justin F. Ferraro

Attorney for Plaintiff
BOTANIC TONICS, LLC