KEVIN R. NOWICKI (SBN: 128686)
GORDEE, NOWICKI & BLAKENEY LLP
100 Spectrum Center Drive, Suite 870
Irvine, California 92618

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company,<br><br>                                                Plaintiff(s)<br>                        v.<br>SHOT OF JOY LLC, a California limited liability company,<br><br>                                                Defendant(s). | CASE NUMBER<br><br>2:23-CV-10437 WLH (PDx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ferraro, Justin F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 677-4967
*Telephone Number*          *Fax Number*

Justin.Ferraro@agg.com
*E-Mail Address*

of

ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Ave, NW
Suite 350S
Washington, D.C. 20037
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

BOTANIC TONICS, LLC, a Delaware limited liability company

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Nowicki, Kevin R.
*Designee's Name (Last Name, First Name & Middle Initial)*

128686                    (949) 567-9923           (949) 567-9928
*Designee's Cal. Bar No.*  *Telephone Number*      *Fax Number*

knowicki@gna-law.com
*E-Mail Address*

of

GORDEE, NOWICKI & BLAKENEY LLP
100 Spectrum Center Drive, Suite 870
Irvine, California 92618
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
  - ☐ for failure to pay the required fee.
  - ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  - ☐ for failure to complete Application: _____
  - ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  - ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  - ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: 12/26/23                              /s/District Judge Wesley L. Hsu
                                             **U.S. District Judge**