| | |
|---|---|
| Christina L. Trinh (SBN 307879)<br>ctrinh@mabr.com<br>**MASCHOFF BRENNAN**<br>100 Spectrum Center Dr, Suite 1200<br>Irvine, CA 92618-4980<br>Tel:   (949) 202-1900<br>Fax:  (949) 453-1104<br><br>C.J. Veverka *(pro hac vice forthcoming)*<br>cveverka@mabr.com<br>**MASCHOFF BRENNAN**<br>1389 Center Drive, Suite 300<br>Park City, Utah  84098<br><br>Tel:   (435) 252-1360<br>Fax:  (435) 252-1361 | Timothy Nielsen *(pro hac vice forthcoming)*<br>tnielsen@mabr.com<br>**MASCHOFF BRENNAN**<br>111 S. Main Street, Suite 600<br>Salt Lake City, Utah  84111<br>Tel:   (801) 297-1850<br>Fax:  (435) 252-1361<br><br>*Attorneys for Defendant Shot of Joy LLC* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company,<br><br>    *Plaintiff*,<br><br>vs.<br><br>SHOT OF JOY LLC, a California limited liability company,<br><br>    *Defendant*. | Case No:  2:23-cv-10437-WLH-PD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  December 21, 2023<br>Current response date:  January 11, 2024<br>New response date:  February 12, 2024 |

1  Pursuant to Local Civil Rule 8-3, Plaintiff Botanic Tonics, LLC and
2  Defendant Shot of Joy LLC, represented by their undersigned counsel, respectively,
3  hereby stipulate that Shot of Joy's deadline to answer or otherwise respond to the
4  Complaint shall be extended by thirty (30) days, up to and including February 12,
5  2024. This is the first stipulation to extend the time to respond to the initial
6  Complaint. The parties certify that this change will not alter the date of any event
7  or any deadline already fixed by Court order.

8  **IT IS SO STIPULATED.**

9  DATED this 11th day of January, 2024    Respectfully submitted,

| | |
|---|---|
| */s/ Christina L. Trinh* | */s/ Frederick W. Kosmo, Jr.* |
| Christina L. Trinh | Frederick W. Kosmo, Jr. |
| *ctrinh@mabr.com* | *fkosmo@wilsonturnerkosmo.com* |
| **MASCHOFF BRENNAN** | Hubert Kim |
| 100 Spectrum Center Drive, Ste 1200 | *hkim@wilsonturnerkosmo.com* |
| Irvine, California 92618 | **WILSON TURNER KOSMO LLP** |
| Tel:  (949) 202-1900 | 402 West Broadway, Ste 1600 |
| Fax:  (949) 453-1104 | San Diego, California  92101 |
| | Tel:  (619) 236-9600 |
| C.J. Veverka (*pro hac vice forthcoming*) | Fax:  (619) 236-9669 |
| *cveverka@mabr.com* | |
| **MASCHOFF BRENNAN** | Kevin M. Bell (*pro hac vice forthcoming*) |
| 1389 Center Drive, Ste 300 | *kevin.bell@agg.com* |
| Park City, Utah  84098 | Matthew D. Zapadka (*pro hac vice forthcoming*) |
| Tel:  (435) 252-1360 | *matthew.zapadka@agg.com* |
| Fax:  (435) 252-1361 | Justin F. Ferraro (*pro hac vice forthcoming*) |
| | *justin.ferraro@agg.com* |
| Timothy Nielsen (*pro hac vice forthcoming*) | **ARNALL GOLDEN GREGORY LLP** |
| *tnielsen@mabr.com* | 2100 Pennsylvania Ave., NW, Ste 350S |
| **MASCHOFF BRENNAN** | Washington, D.C.  20037 |
| 111 S. Main Street, Ste 600 | Tel:  (202) 677-4906 |
| Salt Lake City, Utah  84111 | Fax:  (202) 677-4031 |
| Tel:  (801) 297-1850 | |
| Fax:  (435) 252-1361 | Kevin R. Nowicki |
| | *knowicki@gna-law.com* |
| *Attorneys for Defendant Shot of Joy LLC* | **GORDEE, NOWICKI & BLAKENLY LLP** |
| | 100 Spectrum Center Drive, Ste 870 |
| | Irvine, California  92618 |
| | Tel:       (949) 567-9923 |
| | *Attorneys for Plaintiff Botanic Tonics LLC* |

LR 8-3 EXTENSION OF TIME

|     |                                                                                  |
| --- | -------------------------------------------------------------------------------- |
| 1   | **ATTESTATION OF CONCURRENCE IN FILING**                                         |
| 2   | I, Christina L. Trinh, am the ECF user whose ID and password are being used      |
| 3   | to file the foregoing Stipulation.  Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest |
| 4   | that all signatories listed above, and on whose behalf this filing is submitted, concur |
| 5   | in the filing's content and have authorized the filing.                          |

*/s/  Christina L. Trinh*
Christina L. Trinh

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed and served electronically in compliance with L.R. 5-3.2.1.  As such, this document was served on all counsel who have consented to electronic service on the date of filing.

*/s/ Christina L. Trinh*
Christina L. Trinh