| | |
|---|---|
| 1 | Frederick W. Kosmo, Jr. (SBN 138036) |
| 2 | fkosmo@wilsonturnerkosmo.com |
|   | Hubert Kim (SBN 204957) |
| 3 | hkim@wilsonturnerkosmo.com |
| 4 | WILSON TURNER KOSMO LLP |
|   | 402 West Broadway, Suite 1600 |
| 5 | San Diego, California 92101 |
| 6 | Telephone: (619) 236-9600 |
|   | Facsimile: (619) 236-9669 |

Kevin M. Bell (MD Bar # 14832) (*pro hac vice*)
Kevin.Bell@AGG.com
Matthew D. Zapadka (VA Bar # 88140) (*pro hac vice*)
Matthew.Zapadka@AGG.com
Justin F. Ferraro (VA Bar # 92226) (*pro hac vice*)
Justin.Ferraro@AGG.com
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW, Suite 350S
Washington, DC 20037
Telephone: (202) 677-4906
Facsimile: (202) 677-4031

Attorneys for Plaintiff BOTANIC TONICS, LLC

**[ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE]**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHOT OF JOY LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:23-cv-10437-WHL (PDx)<br>Hon. Wesley L. Hsu<br><br>**NOTICE OF LODGMENT: JUSTIN F. FERRARO CERTIFICATE OF GOOD STANDING, COMMONWEALTH OF VIRGINIA** |

-1-
NOTICE OF LODGMENT

1  Kevin R. Nowicki (SBN 128686)
   knowicki@gna-law.com
2  GORDEE, NOWICKI & BLAKENEY, LLP
   100 Spectrum Center Drive, Suite 870
3  Irvine, California 92618
   Telephone: (949) 567-9923
4  Facsimile: (949) 567-9928

5

6  Attorneys for Plaintiff BOTANIC TONICS, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
NOTICE OF LODGMENT

# NOTICE OF LODGING

To the Clerk of the Court and to All Parties and Their Counsel of Record:

Plaintiff Botanic Tonics, LLC hereby lodges the attached Certificate of Good Standing on behalf of Justin F. Ferraro to complete the Pro Hac Vice Application submitted on his behalf, ECF No. 15 and ECF No. 16.

Dated: January 19, 2024         GORDEE, NOWICKI & BLAKENEY LLP

By: */s/ Kevin R. Nowicki*
Kevin R. Nowicki
Attorneys for Plaintiff BOTANIC TONICS, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed and served electronically in compliance with L.R. 5-3.2.1. As such, this document was served on all counsel who have consented to electronic service on the date of filing.

Dated: January 19, 2024

GORDEE, NOWICKI & BLAKENEY LLP

By: */s/ Kevin R. Nowicki*
Kevin R. Nowicki
Attorneys for Plaintiff BOTANIC TONICS, LLC

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JUSTIN FRANK FERRARO** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. FERRARO** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 27, 2017**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued January 16, 2024

DaVida M. Davis
**Director of Regulatory Compliance**