Name and address:

Randall D. Gustafson, Esq., SBN 115724
Amanda M. Bremseth, SBN 303156
LINCOLN, GUSTAFSON & CERCOS, LLP
550 West "C" Street, Suite 1400
San Diego, California 92101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Botanic Tonics LLC <br><br> v.                                    PLAINTIFF(S) <br><br> Shot of Joy LLC <br><br>                                      DEFENDANT(S) | CASE NUMBER: <br><br> 2:23-cv-10437-WLH-PD <br><br> **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Randall D. Gustafson                                CA Bar Number: 115724

Firm or agency: Lincoln, Gustafson & Cercos, LLP

Address: 550 West "C" Street, Suite 1400, San Diego, California 92101

Telephone Number: (619) 233-1150                 Fax Number: (619) 233-6949

Email: rgustafson@lgclawoffice.com

Counsel of record for the following party or parties: Shot of Joy LLC

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Notices of Electronic Filing will be terminated. Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: 3/4/2024

Signature: *[signature]*

Name: Randall D. Gustafson

```
1  Randall D. Gustafson, Esq., SBN 115724
2  Amanda M. Bremseth, SBN 303156
   LINCOLN, GUSTAFSON & CERCOS, LLP
3  101 West Broadway Suite 1600
   San Diego, California 92101
4  (619) 233-1150 Telephone/(619) 233-6949 Facsimile
   rgustafson@lgclawoffice.com
5  abremseth@lgclawoffice.com
6
   Attorneys for Defendant, SHOT OF JOY LLC
7
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company, | Case No.: **2:23-cv-10437** |
| Plaintiff, | **DECLARATION OF SERVICE** |
| v. | Dept.: |
| SHOT OF JOY LLC, a California limited liability company, | Judge: Honorable |
| Defendant. | Date Action Filed: December 13, 2023<br>Trial Date: None Set |

I, MARCEL ORCI, hereby declare as follows:

    I am employed in the City of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 550 West "C" Street, Suite 1400, San Diego, CA 92101.

    On March 4, 2024, the following listed document(s) was/were served on the parties listed on the attached Service List in this action:

**NOTICE OF APPEARANCE OF WITHDRAWAL OF COUNSEL**

(X)    (BY CM/ECF NOTICE OF ELECTRONIC FILING) I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Courts transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

(X)    **(By Electronic Transmission)** as follows: Pursuant to California Rules of Court, Rule 2.251, Emergency Rule 12, a court order or an agreement of the parties to accept service by electronic transmission, my office caused such document(s) to be delivered electronically to the following email addresses

(X)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 6, 2024.

/s/ *Marcela Orci*
MARCELA ORCI

2
**DECLARATION / PROOF OF SERVICE**

# SERVICE LIST

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

BOTANIC TONICS, LLC V. SHOT OF JOY, LLC, ET AL.

**CASE NO. 2:23-cv-10437**

[Updated on 3.6.24-mo]

| COUNSEL OF RECORD | PARTY |
|---|---|
| WILSON TURNER KOSMO LLP<br>Frederick W. Kosmo, Jr. (SBN 138036)<br>Hubert Kim (SBN 204957)<br>402 West Broadway, Suite 1600<br>San Diego, California 92101<br>Telephone: (619) 236-9600<br>Facsimile: (619) 236-9669<br>fkosmo@wilsonturnerkosmo.com<br>hkim@wilsonturnerkosmo.com | Attorneys for Plaintiff BOTANIC TONICS, LLC,<br>a Delaware limited liability company |
| ARNALL GOLDEN GREGORY LLP<br>Kevin M. Bell (MD Bar # 14832) (*pro hac vice forthcoming*)<br>Matthew D. Zapadka (VA Bar # 88140) (*pro hac vice forthcoming*)<br>Justin F. Ferraro (VA Bar # 92226) (*pro hac vice forthcoming*)<br>2100 Pennsylvania Avenue, NW, Suite 350S<br>Washington, DC 20037<br>Telephone: 202.677.4906<br>Fax: 202.677.4031<br>Kevin.Bell@AGG.com<br>Matthew.Zapadka@AGG.com<br>Justin.Ferraro@AGG.com | Attorneys for Plaintiff BOTANIC TONICS, LLC,<br>a Delaware limited liability company |
| GORDEE, NOWICKI & BLAKENLY LLP<br>Kevin R. Nowicki (SBN 128686)<br>100 Spectrum Center Drive, Suite 870<br>Irvine, California 92618<br>Telephone: (949) 567-9923<br>Facsimile: (949) 567-9928<br>knowicki@gna-law.com | Attorneys for Plaintiff BOTANIC TONICS, LLC,<br>a Delaware limited liability company |

3

DECLARATION / PROOF OF SERVICE

| | |
|---|---|
| MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP<br>Christina L. Trinh, Esq.<br>100 Spectrum Center Drive, Suite 1200<br>Irvine, California 92618<br>Telephone: (949)-202-1900<br>ctrinh@mabr.com | Attorneys for Defendant,<br>SHOT OF JOY LLC |
| MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP<br>Charles J. Veverka, Esq. (*Pro Hac Vice* admitted)<br>Timothy E. Nielsen (*Pro Hac Vice* admitted)<br>1389 Center Drive, Suite 300<br>Park City, Utah 84098<br>Telephone: 435- 252-1360<br>cveverka@mabr.com<br>tnielsen@mabr.com | Attorneys for Defendant,<br>SHOT OF JOY LLC |

**DECLARATION / PROOF OF SERVICE**