Christina L. Trinh (SBN 307879)
MASCHOFF BRENNAN
100 Spectrum Center Dr., Suite 1200
Irvine, California 92618
(949) 202-1900
ctrinh@mabr.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company, <br><br> Plaintiff(s) <br><br> v. <br><br> SHOT OF JOY LLC, a California limited liability company, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:23-cv-10437-WLH-PD <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Shot of Joy LLC
*Name of Party*

☐ Plaintiff  ☑ Defendant  ☐ Other

hereby requests that the Court approve the substitution of  Amanda M. Bremseth
*New Attorney*

as attorney of record instead of  Christina L. Trinh
*Present Attorney*

Dated  March 6, 2024

*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  March 6, 2024

*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  March 6, 2024

*Amanda Bremseth*
*Signature of New Attorney*

303156
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.