1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

### WESTERN DIVISION

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHOT OF JOY LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:23-cv-10437 WLH (PDx)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>District Judge: Wesley L. Hsu<br>Courtroom: 9B, 9th Floor<br><br>Magistrate Judge: Patricia Donahue<br>Courtroom: 580, 5th Floor |

20        On April 22, 2024, Plaintiff Botanic Tonics, LLC and Defendant Shot of Joy

21   LLC (herein referred to as the "Parties"), filed a Joint Motion to Extend Time to File

22   Plaintiff's First Amended Complaint.

23        The Court, having considered the Parties' Joint Motion and finding good cause

24   therefor, hereby GRANTS the Joint Motion and ORDERS as follows:

25   ///

26   ///

27   ///

28   ///

[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE
PLAINTIFF'S FIRST AMENDED COMPLAINT

1  Plaintiff Botanic Tonics LLC shall file its First Amended Complaint on or
2  before April 29, 2024.

3  **IT IS SO ORDERED.**

4

5  Dated:

6  _____
   HON. WESLEY L. HSU
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE
PLAINTIFF'S FIRST AMENDED COMPLAINT