ARNALL GOLDEN GREGORY LLP
Matthew D. Zapadka (VA Bar No. 88140) (*Admitted pro hac vice*)
Kevin M. Bell (MD Bar No. 14832) (*Admitted pro hac vice*)
Justin F. Ferraro (VA Bar No. 92226) (*Admitted pro hac vice*)
2100 Pennsylvania Avenue, NW, Suite 350S
Washington, DC  20037
Telephone: 202.677.4906
Facsimile: 202.677.4031
E-mail:  Kevin.Bell@AGG.com
E-mail:  Matthew.Zapadka@AGG.com
E-mail:  Justin.Ferraro@AGG.com

Attorneys for Plaintiff Botanic Tonics, LLC

LINCOLN GUSTAFSON & CERCOS LLP
Randall D. Gustafson (CA Bar No. 115724)
Amanda M. Bremseth (CA Bar No. 303156)
101 W. Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.233.1150
Facsimile: 619.233.6949
E-mail: Rgustafson@lgclawoffice.com
E-mail: Abremseth@lgclawoffice.com

Attorneys for Defendant Shot of Joy LLC

**[ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE]**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHOT OF JOY LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:23-cv-10437-WLH (PDx)<br><br>**JOINT MOTION SEEKING LEAVE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br><br>District Judge: Hon. Wesley L. Hsu<br>Courtroom: 9B, 9th Floor<br><br>Magistrate: Hon. Patricia Donahue<br>Courtroom: 580, 5th Floor<br><br>Trial Date: April 28, 2025 |

```
1  Frederick W. Kosmo, Jr. (SBN 138036)
   Hubert Kim (SBN 204957)
2  402 West Broadway, Suite 1600
   San Diego, California 92101
3  Telephone: (619) 236-9600
   Facsimile: (619) 236-9669
4  E-mail: fkosmo@wilsonturnerkosmo.com
   E-mail: hkim@wilsonturnerkosmo.com
5
   GORDEE, NOWICKI & BLAKENLY LLP
6  Kevin R. Nowicki (SBN 128686)
   100 Spectrum Center Drive, Suite 870
7  Irvine, California 92618
   Telephone: (949) 567-9923
8  Facsimile: (949) 567-9928
   E-mail: knowicki@gna-law.com
9
   Attorneys for Plaintiff Botanic Tonics, LLC
```

-2-   Case No. 2:23-cv-10437-WLH (PDx)
JOINT MOTION SEEKING LEAVE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

4864-1600-5056.v6

Pursuant to Rule 7-1 of the Local Rules for the United States District Court for the Central District of California, and subject to Court approval, Plaintiff Botanic Tonics, LLC ("Plaintiff" or "Botanic Tonics") and Defendant Shot of Joy LLC ("Defendant" or "Shot of Joy") (herein referred to as the "Parties"), through their Counsel, stipulate and jointly agree that Plaintiff should be granted leave to file a Second Amended Complaint ("SAC"). The Parties also agree that if the Court grants this joint motion, Defendant shall have 14 days from the date the SAC is filed and served to respond to the SAC. In support, the Parties represent the following to the Court:

WHEREAS, on April 29, 2024, Botanic Tonics filed its First Amended Complaint ("FAC"; ECF No. 56);

WHEREAS, Defendant's response to the FAC is currently due on May 20, 2024;

WHEREAS, on May 13, 2024, counsel for Shot of Joy emailed counsel for Botanic Tonics in order to comply with the meet and confer requirements in the Court's standing order and Local Rule 7-3. Counsel for Shot of Joy informed counsel for Botanic Tonics of several items of dispute, including but not limited to, several typographical errors included within the FAC;

WHEREAS, these typographical errors were inadvertent, the Parties jointly move this Court to permit Botanic Tonics to rectify these inadvertent errors, which will assist the Parties in diligently and efficiently litigating this case;

WHEREAS, the Parties believe good cause exists to grant this joint motion because it will obviate the need for filing a formal motion (which would only delay proceedings), promote efficiency and conserve judicial resources.

NOW THEREFORE, the Parties hereby stipulate and move the Court to grant Plaintiff leave to file the SAC, a true and correct copy of which is attached hereto as **Exhibit A**.   For the Court's reference, a copy of the redlined SAC reflecting the minor edits to the FAC is attached hereto as **Exhibit B**.   These edits include the following changes:

| Page | Line | Proposed Change |
|---|---|---|
| 11 | 11-28 | Inserting image and accompanying citation |
| 12 | 1-19 | Inserting image and accompanying citation |
| 12 | 27 | Correcting typo in citation by deleting "&t=2s" |
| 17 | 3 | Correcting typo in citation by deleting "&t=2s" |
| 19 | 8 | Change paragraph reference from 52 to 59 |
| 20 | 14 | Change paragraph reference from 50 to 59 |
| 21 | 24 | Change paragraph reference from 50 to 59 |
| 23 | 25 | Change paragraph reference from 50 to 59 |
| 25 | 7 | Change paragraph reference from 50 to 59 |

The remaining redlines as shown in **Exhibit B** include formatting changes resulting from the above updates, as well as updates to the case caption, footnotes to reflect the updated case caption, and updates to the date to reflect the current date.

      The Parties further stipulate that Defendant will have 14 days to respond to the SAC after it is filed and served and that Defendant will not file a response to Plaintiff's FAC.

      IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: May 20, 2024 | **ARNALL GOLDEN GREGORY LLP** |
| 2 | | |
| 3 | | By: /s/ *Matthew D. Zapadka*<br>MATTHEW D. ZAPADKA<br>(*Admitted pro hac vice*)<br>KEVIN M. BELL<br>(*Admitted pro hac vice*)<br>JUSTIN F. FERRARO<br>(*Admitted pro hac vice*) |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | **GORDEE, NOWICKI & BLAKENLY LLP**<br><br>KEVIN R. NOWICKI |
| 8 | | **WILSON TURNER KOSMO LLP** |
| 9 | | |
| 10 | | FREDERICK W. KOSMO, JR.<br>HUBERT KIM |
| 11 | | Attorneys for Plaintiff<br>BOTANIC TONICS, LLC |
| 12 | | |
| 13 | | |
| 14 | Dated: May 20, 2024 | **LINCOLN, GUSTAFSON & CERCOS LLP** |
| 15 | | By: /s/ *Amanda M. Bremseth*<br>RANDALL D. GUSTAFSON<br>AMANDA M. BREMSETH<br>Attorneys for Defendant<br>SHOT OF JOY LLC |
| 16 | | |
| 17 | | |

**SIGNATURE ATTESTATION**

I, Matthew D. Zapadka, am the ECF user whose ID and password are being used to file this Joint Motion Seeking Leave for Plaintiff to File Second Amended Complaint. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the content of this document is acceptable to Amanda Bremseth, counsel for Defendant, Shot of Joy LLC, and that I have obtained her authorization to affix her electronic signature to, and file, this document.

/s/ *Matthew D. Zapadka*

-5-   Case No. 2:23-cv-10437-WLH (PDx)

JOINT MOTION SEEKING LEAVE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

4864-1600-5056.v6