ARNALL GOLDEN GREGORY LLP
Kevin M. Bell (MD Bar # 14832) (admitted *pro hac vice*)
Matthew D. Zapadka (VA Bar # 88140) (admitted *pro hac vice*)
Justin F. Ferraro (VA Bar # 92226) (admitted *pro hac vice*)
2100 Pennsylvania Avenue, NW, Suite 350S
Washington, DC 20037
Telephone: 202.677.4906
Fax: 202.677.4031
E-mail: Kevin.Bell@AGG.com
E-mail: Matthew.Zapadka@AGG.com
E-mail: Justin.Ferraro@AGG.com

WILSON TURNER KOSMO LLP
Frederick W. Kosmo, Jr. (SBN 138036)
Hubert Kim (SBN 204957)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: fkosmo@wilsonturnerkosmo.com
E-mail: hkim@wilsonturnerkosmo.com

Attorneys for Plaintiff BOTANIC TONICS, LLC,
a Delaware limited liability company

**[ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE]**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHOT OF JOY LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:23-cv-10437-WHL (PDx)<br><br>**NOTICE OF LODGMENT: PROPOSED SECOND AMENDED COMPLAINT** |

-1-    Case No. 2:23-cv-10437-WLH (PDx)
NOTICE OF LODGMENT

4876-1722-1824.v1

| | |
|---|---|
| 1 | GORDEE, NOWICKI & BLAKENLY LLP |
| 2 | Kevin R. Nowicki (SBN 128686)<br>100 Spectrum Center Drive, Suite 870 |
| 3 | Irvine, California  92618<br>Telephone: (949) 567-9923 |
| 4 | Facsimile: (949) 567-9928<br>E-mail: knowicki@gna-law.com |
| 5 | Attorneys for Plaintiff BOTANIC TONICS, LLC, |
| 6 | a Delaware limited liability company |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-2-    Case No. 2:23-cv-10437-WLH (PDx)
NOTICE OF LODGMENT

4876-1722-1824.v1

# NOTICE OF LODGING

To the Clerk of the Court and to All Parties and Their Counsel of Record:

Plaintiff Botanic Tonics, LLC hereby files the enclosed proposed Second Amended Complaint pursuant to the Court's Standing Order (ECF 14 at 13.) This filing also includes a redlined version of the proposed Second Amended Complaint.

Dated: May 20, 2024     **ARNALL GOLDEN GREGORY LLP**

By:  /s/*Matthew D. Zapadka*
MATTHEW D. ZAPADKA
 (*Admitted pro hac vice*)
KEVIN M. BELL
 (*Admitted pro hac vice*)
JUSTIN F. FERRARO
 (*Admitted pro hac vice*)

**GORDEE, NOWICKI & BLAKENLY LLP**

KEVIN R. NOWICKI

**WILSON TURNER KOSMO LLP**

FREDERICK W. KOSMO, JR.
HUBERT KIM

Attorneys for Plaintiff
BOTANIC TONICS, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed and served electronically in compliance with L.R. 5-3.2.1. As such, this document was served on all counsel who have consented to electronic service on the date of filing.

By: /s/ *Matthew D. Zapadka*
Matthew D. Zapadka