**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHOT OF JOY LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:23-cv-10437 WLH (PDx)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT [57]**<br><br>District Judge: Wesley L. Hsu<br>Courtroom: 9B, 9th Floor<br><br>Magistrate Judge: Patricia Donahue<br>Courtroom: 580, 5th Floor |

On May 20, 2024, Plaintiff Botanic Tonics, LLC and Defendant Shot of Joy LLC (herein referred to as the "Parties"), filed a Joint Motion Seeking Leave For Plaintiff to File Second Amended Complaint.

The Court, having considered the Parties' Joint Motion and finding good cause therefor, hereby GRANTS the Joint Motion and ORDERS as follows:

///

///

///

///

1  On or before May 31, 2024, Plaintiff Botanic Tonics LLC shall file its Second
2  Amended Complaint. Defendant may file its response no later than fourteen (14) days
3  after the Second Amended Complaint is filed.
4  **IT IS SO ORDERED.**

6  Dated:  May 28, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

-2-   Case No. 2:23-cv-10437 WLH (PDx)
ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE PLAINTIFF'S
SECOND AMENDED COMPLAINT
**Error! Unknown document property name.**