# **EXHIBIT A**

EXHIBIT A-31

# ASSIGNMENT AGREEMENT

This Assignment Agreement (this "*Agreement*") is entered into as of September 26, 2023 (the "*Effective Date*"), between Botanic Tonics, LLC ("*Botanic Tonics*"), the assignee, a Delaware limited liability company with a place of business located at 13105 E 61st St S Suite B Broken Arrow, Oklahoma and Nicholas James Urban the assignor, an individual with an address of 1500 E Riverside Dr Apt 325 Austin TX 78741 ("*Influencer*") in connection with Influencer's work, production, contribution and involvement in and to one or more internet videos related to Botanic Tonics' "Feel Free" product (the "Feel Free Video(s)"), including without limitation, the demos, videos, and/or other media produced by Influencer in connection therewith, and all intellectual property rights, title or interest thereto, including without limitation, all copyrights, patents and/or trademarks, including, without limitation, any and all photos, images, articles, blogs, social media posts and/or content, videos, audio, podcasts, advertisements, promotional pieces, advertising ideas, phrases or words (collectively, the "*Materials*").

1.  **ASSIGNMENT AND GRANT OF RIGHTS:**

    (a) In consideration of the mutual promises and covenants contained in this Agreement and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Influencer hereby irrevocably transfers and assigns to Botanic Tonics, for the Term and throughout the United States of America, its territories, dependencies and possessions, and in any and all foreign countries, all of Influencer's intellectual property rights, title or interest, including without limitation, all copyrights, patents and/or trademarks, to the Materials, for use (in whole, in part, or as modified or changed) in any and all media, now known or hereafter created, and for any and all other purposes, and to any and all rights to register to the intellectual property rights, title or interest, including without limitation, all copyrights, patents and/or trademarks, in the United States of America, its territories, dependencies and possessions, and in any and all foreign countries, to the Materials, and to any and all causes of action, rights, and remedies arising under any such intellectual property rights, title or interest in the United States of America, its territories, dependencies and possessions, and in any and all foreign countries, prior to or after the Effective Date of this Agreement including the right to recover damages for any infringement of rights, title or interest in and to the Materials and any registrations, including any and all copyright registrations, trademark registrations, and/or patent registrations therefrom prior to or after the effective date of the agreement.  The assignment of all rights in the Materials shall take effect upon execution of this Agreement.

    (b) Influencer hereby agrees to execute all papers and perform such other proper acts necessary in connection with applications to register the intellectual property rights and also to execute separate assignments in connection with such applications for

Athlete Initialed *nu*

EXHIBIT A-32

    registrations as the Botanic Tonics may deem necessary or expedient to secure for Botanic Tonics the rights herein assigned.

(c) Influencer hereby grants Botanic Tonics the right to license and sub-license any and all rights herein assigned to third party(ies) in whole or in part during the Term.

(d) Influencer hereby waives any and all moral rights, *droit moral* or rights of paternity or attribution with respect to the Materials.

(e) Influencer hereby grants Botanic Tonics the right to use Influencer's name, performance, voice, signature, image, testimonial, photographs, biographical information and likeness (including animation or other graphical representations) (collectively, "*Image Rights*") in connection with the Materials, or in any manner whatsoever including but not limited to, social media posts, internet websites, magazine advertisements, promotional flyers, posters, videos, audio/visual works (including commercials), contest promotions and catalogs, and all other media whether now known or hereafter devised.

(f) Influencer hereby grant(s) the law firm of Arnall Golden Gregory LLP and Botanic Tonics the power to insert on this Assignment any further identification which may be necessary or desirable in order to comply with the rules of the Copyright, Patent and/or Trademark Office in the United States of America and/or in any and all foreign countries for recordation of this document.

**2.     REPRESENTATIONS AND WARRANTIES:**

(a) Influencer represents and warrants to Botanic Tonics that (i) Influencer has the full right, power and authority to enter into this Agreement and to grant Botanic Tonics the rights granted to it herein; (ii) the Materials are wholly original to Influencer and no use by Botanic Tonics of the Materials will violate or infringe upon any copyright belonging to any person, firm or corporation nor will it constitute a defamation or an invasion of privacy or any other right(s) of any person, firm or corporation; (iii) Influencer hereby releases Botanic Tonics, its officers, employees, agents, licensees, successors and assigns, from any and all liability for damages for libel, slander, invasion of privacy, copyright infringement or any other claims arising from the use of the Materials; (iv) no assignment, sale, agreement or encumbrance has been or will be made or entered into by Influencer which would conflict with this assignment, and Influencer's execution of this Agreement will not infringe upon the rights of any third party; (v) Influencer's execution of this Agreement does not and will not conflict with, breach, violate or cause a default under any contract, agreement, instrument, order, judgement or decree to which Influencer is party or by which Influencer is

Influencer Initialed _____

bound; (vi) Influencer has either consulted with independent legal counsel regarding Influencer's rights and obligations under this Agreement or knowingly and voluntarily waived the opportunity to do so; and (vii) Influencer fully understands the terms and conditions of this Agreement.

3. **INDEMNIFICATION**:

   (a) Influencer shall at all times indemnify, defend (at Botanic Tonics's election) and hold Botanic Tonics, its affiliates and subsidiaries and their respective officers, directors, managers, members, shareholders, employees, licensees, agents, successors and assigns harmless from and against any damages, costs, judgments, penalties, liabilities and expenses of any kind (including reasonable outside legal fees and disbursements) arising out of or related to (i) Influencer's breach of this Agreement, including a breach of any representation, warranty or covenant made by Influencer hereunder.

4. **MISCELLANEOUS:**

   (a) Term. This Agreement shall remain in effect for a period of five (5) years from the Effective Date. Upon the date of expiration, Botanic Tonics shall execute an assignment granting the rights set forth herein to Influencer unless the parties agree in writing to extend the term of the Agreement for another period of five (5) years.

   (b) Governing Law; Arbitration. This Agreement and any claim or dispute arising out of or related to this Agreement, the transactions contemplated herein, or otherwise between the parties whether in contract, tort or otherwise, shall be governed by and construed in accordance with the laws of the State of California, without giving effect to its conflicts of law principles. Except for claims by Botanic Tonics for injunctive relief to which the parties consent and agree to the sole and exclusive jurisdiction and venue of the courts located in California, the parties acknowledge and agree to submit any claims or disputes arising from this Agreement or otherwise between the parties to binding arbitration under the auspices of the American Arbitration Association ("*AAA*") in California. Judgment on the award rendered may be entered in any court, which has jurisdiction.  Each party shall pay one-half of the fees of the arbitrator and one-half of the filing and administrative fees.

   (c) Attorney's Fees. In the event that Botanic Tonics shall commence legal proceedings to enforce the provisions of this Agreement or to declare rights and obligations under this Agreement, Botanic Tonics shall be entitled to recover from the losing party its costs, including reasonable outside attorneys' fees.

Influencer Initialed _____

EXHIBIT A-34

(d) <u>Severability</u>. If any term, provision or covenant of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, the rest of the Agreement shall remain in full force and effect and shall in no way be affected, impaired or invalidated.

(e) <u>Binding Nature</u>. This agreement shall be binding upon Influencer and Botanic Tonics.

(f) <u>Entire Agreement; No Modifications; Counterparts</u>. This Agreement contains the entire agreement between Influencer and Botanic Tonics with respect to the subject matter of this Agreement and supersedes all prior agreements whether written or oral. No waiver, modification or addition to this agreement will be valid unless in writing and signed by Influencer and Botanic Tonics. This Agreement may be executed in counterparts (including electronic counterparts exchanged in .pdf format), all of which taken together shall constitute one single agreement between the parties.

[*Signature Page Follows*]

4    Influencer Initialed _/_/_

EXHIBIT A-35

The parties have duly executed and delivered this Agreement as of the Effective Date.

**BOTANIC TONICS:**

**Botanic Tonics, LLC**

By: *Jerry Ross*
Name: Jerry Ross
Title: Managing Member

**INFLUENCER**:

By: _____
Print Name: Nicholas James Urban

EXHIBIT A-36

**ADDENDUM TO ASSIGNMENT AGREEMENT**

This Addendum to the Assignment Agreement (hereafter the "*Addendum*") is entered into as of  04/29 , 2024 and is attached to, and made part of, the Assignment Agreement between Botanic Tonics, LLC ("*Botanic Tonics*"), the assignee, a Delaware limited liability company with a place of business located at 13105 E 61st St. S. Suite B Broken Arrow, Oklahoma, and Nicholas James Urban, the assignor, an individual with an address of 1500 E Riverside Dr. Apt. 325 Austin TX 78741 ("*Influencer*"), for the purpose of supplementing, amending, and/or modifying the terms of the Assignment Agreement entered into between Botanic Tonics and Influencer on September 26, 2023. In particular, this Addendum supplements the terms of the Assignment Agreement to more clearly reflect the understanding of the parties at the time that the Assignment Agreement was executed regarding the consideration exchanged. Terms defined in the Assignment Agreement shall have the same meaning for purposes of this Addendum, except as otherwise expressly provided in this Addendum or indicated by the context.

NOW, THEREFORE, it is hereby agreed by and between Botanic Tonics and Influence, through their undersigned officers, as follows:

1. The mutual promises and covenants contained in the Assignment Agreement, and the other good and valuable consideration as referenced therein, the sufficiency of which was previously acknowledged by both Botanic Tonics and Influencer (Assignment Agreement, Section 1(a)), includes, but is not limited to,

    a. Botanic Tonics's ability, should it choose to do so, to prosecute or enforce the intellectual property rights conveyed to it by Influencer in the Assignment Agreement to the benefit of the Influencer for the purpose of protecting value and integrity of the Materials;

    b. Botanic Tonics's agreement that it will fund, and pay for, any such prosecution or enforcement, and further agreement not to seek any payment from Influencer for the same notwithstanding any provision in the Assignment Agreement; and

    c. That both Botanic Tonics and Influencer agree to split, in equal share, any monetary damages resulting from any such aforementioned enforcement.

[*Signature Page Follows*]

Influencer Initialed _____

EXHIBIT A-37

The parties have duly executed this Addendum to the Assignment Agreement effective as the date set forth above.

**BOTANIC TONICS:**

**Botanic Tonics, LLC**

By: *Jerry Ross*
Name: Jerry Ross
Title: Managing Member

**INFLUENCER**:

By: *[signature]*
Print Name: Nicholas James Urban

EXHIBIT A-38