# **EXHIBIT B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

## PA 2-433-515

**Effective Date of Registration:**
October 09, 2023
**Registration Decision Date:**
October 10, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Botanic Tonics Feel Free Drink Review |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | March 31, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Nicholas James Urban |
| **Author Created:** | entire motion picture |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Botanic Tonics, LLC<br>13105 E 61st St., Suite B, Broken Arrow, OK, 74012, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Arnall Golden Gregory LLP |
| **Name:** | Matthew D Zapadka |
| **Email:** | matthew.zapadka@agg.com |
| **Telephone:** | (202)677-4930 |
| **Address:** | 2100 Pennsylvania Ave NW<br>Suite 350S<br>Washington, DC 20037 United States |

## Certification

Page 1 of 2

EXHIBIT B - 040

Page 2 of 2

                    Name:  John J. Dresch
                    Date:  October 09, 2023
Applicant's Tracking Number:  39740.3


     Correspondence:  Yes

EXHIBIT B - 041