1  ARNALL GOLDEN GREGORY LLP
   Matthew D. Zapadka (VA Bar No. 88140) (*Admitted pro hac vice*)
2  Kevin M. Bell (MD Bar No. 14832) (*Admitted pro hac vice*)
   Justin F. Ferraro (VA Bar No. 92226) (*Admitted pro hac vice*)
3  2100 Pennsylvania Avenue, NW, Suite 350S
   Washington, DC  20037
4  Telephone: 202.677.4906
   Facsimile: 202.677.4031
5  E-mail:  Kevin.Bell@AGG.com
   E-mail:  Matthew.Zapadka@AGG.com
6  E-mail:  Justin.Ferraro@AGG.com

7  Attorneys for Plaintiff Botanic Tonics, LLC

8  LINCOLN GUSTAFSON & CERCOS LLP
   Randall D. Gustafson (CA Bar No. 115724)
9  Amanda M. Bremseth (CA Bar No. 303156)
   101 W. Broadway, Suite 1600
10 San Diego, CA 92101
   Telephone: 619.233.1150
11 Facsimile: 619.233.6949
   E-mail: Rgustafson@lgclawoffice.com
12 E-mail: Abremseth@lgclawoffice.com

13 Attorneys for Defendant Shot of Joy LLC

14
   **[ADDITIONAL COUNSEL LISTED ON**
15 **FOLLOWING PAGE]**

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18                      **WESTERN DIVISION**

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>SHOT OF JOY LLC, a California limited liability company,<br><br>          Defendants. | Case No. 2:23-cv-10437-WLH (PDx)<br><br>**DECLARATION OF MATTHEW D. ZAPADKA IN SUPPORT OF JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>District Judge:   Hon. Wesley L. Hsu<br>Courtroom:       9B, 9th Floor<br><br>Magistrate:      Hon. Patricia Donahue<br>Courtroom:       580, 5th Floor<br><br>Trial Date:      April 28, 2025 |

| | |
|---|---|
| 1 | |
| 2 | Frederick W. Kosmo, Jr. (SBN 138036)<br>Hubert Kim (SBN 204957) |
| 3 | 402 West Broadway, Suite 1600<br>San Diego, California  92101 |
| 4 | Telephone: (619) 236-9600<br>Facsimile: (619) 236-9669 |
| 5 | E-mail: fkosmo@wilsonturnerkosmo.com<br>E-mail: hkim@wilsonturnerkosmo.com |
| 6 | GORDEE, NOWICKI & BLAKENLY LLP |
| 7 | Kevin R. Nowicki (SBN 128686)<br>100 Spectrum Center Drive, Suite 870 |
| 8 | Irvine, California  92618<br>Telephone: (949) 567-9923 |
| 9 | Facsimile: (949) 567-9928<br>E-mail: knowicki@gna-law.com |
| 10 | Attorneys for Plaintiff Botanic Tonics, LLC |
| 11 | |
| ... | |
| 28 | -2-    Case No. 2:23-cv-10437-WLH (PDx) |

DECLARATION OF MATTHEW D. ZAPADKA IN SUPPORT OF JOINT MOTION TO AMEND SCHEDULING ORDER

I, Matthew D. Zapadka, declare as follows:

1. I have personal knowledge of the facts stated herein and if called upon to do so, I could truthfully and competently testify thereto.

2. I am a member of the District of Columbia and Virginia Bars and am admitted in this Court *pro hac vice* representing Plaintiff Botanic Tonics, LLC ("Plaintiff" or "Botanic Tonics") in the above captioned action involving Defendant Shot of Joy LLC ("Defendant" or "Shot of Joy") (herein referred to as the "Parties"). I am a partner with the law firm Arnall Golden Gregory LLP. This declaration is made in support of the Parties' Joint Motion to Amend the Court's Scheduling Order (the "Joint Motion").

3. On April 1, 2024, the Court granted in part and denied in part Defendant's Motion to Dismiss, and allowed Plaintiff to file an amended complaint (ECF No. 50).

4. On April 5, 2024, the Court entered the Scheduling Order governing the schedule in this case (ECF No. 52).

5. The Court's current Scheduling Order states that the cut-off for fact discovery is currently August 15, 2024.

6. The Court's current Scheduling Order states that the cut-off for expert discovery is currently October 3, 2024.

7. On May 29, 2024, Plaintiff filed its Second Amended Complaint (ECF No. 60).

8. On June 12, 2024, Defendant filed its Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 61).

9. Plaintiff's opposition to Defendant's Motion to Dismiss Amended Complaint is currently due on or before July 26, 2024.

10. On August 16, 2024, the Court is set to hear oral argument on Defendant's Motion to Dismiss the Second Amended Complaint, after the close of fact discovery.

11. Defendant has yet to file an answer to Plaintiff's Second Amended Complaint in this matter.

-3-   Case No. 2:23-cv-10437-WLH (PDx)
DECLARATION OF MATTHEW D. ZAPADKA IN SUPPORT OF JOINT MOTION TO AMEND SCHEDULING ORDER

12. Counsel for the Parties met and conferred via email beginning on July 17, 2024, and the Parties agree that Defendant's forthcoming answer and the Court's ruling on dispositive motions will determine the scope of discovery necessary to litigate this matter because these items could narrow the claims or facts at issue. Thus, the Parties filed this Joint Motion.

13. The Parties have acted diligently to advance this litigation evidenced by multiple rounds of amended pleadings and dispositive motions.

14. Good cause exists to amend the current Scheduling Order because it is not practical given the stage of this litigation, the Parties current briefing schedule, and by the fact that Defendant has not yet even answered the complaint.

15. This Joint Motion is not brought for the purpose of delaying this litigation.

16. The proposed amendments are intended to permit the Court time to rule on the Defendant's Motion to Dismiss set to be heard August 16, 2024, and to allow discovery to extend beyond Defendant's time to answer the complaint.

17. The Court has not previously amended the Scheduling Order.

18. This Joint Motion will not unnecessarily delay the progress of this matter or impact any other deadline except those related to discovery.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Dated: July 26, 2023            /s/ Matthew D. Zapadka
                                Matthew D. Zapadka