1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BOTANIC TONICS, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br>   v.<br><br>SHOT OF JOY LLC, a California limited liability company,<br><br>      Defendants. | Case No. 2:23-cv-10437 WLH (PDx)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER**<br><br>District Judge: Wesley L. Hsu<br>Courtroom:  9B, 9th Floor<br><br>Magistrate Judge: Patricia Donahue<br>Courtroom: 580, 5th Floor |

On July 26, 2024, Plaintiff Botanic Tonics, LLC and Defendant Shot of Joy LLC (herein referred to as the "Parties"), filed a Joint Motion to Amend the Court's Scheduling Order (ECF No. 52, the "Scheduling Order").

The Court, having considered the Parties' Joint Motion and finding good cause therefore, hereby GRANTS the Joint Motion to Amend the Scheduling Order and ORDERS as follows:

-1-     Case No. 2:23-cv-10437 WLH (PDx)

| Schedule Item | Original Date | Amended Date | Weeks Before FPTC |
|---|---|---|---|
| Fact Discovery Cut-Off | 08/15/2024 | 10/03/2024 | 28 |
| Expert Disclosure (Initial) | 08/23/2024 | 10/11/2024 | 27 |
| Expert Disclosure (Rebuttal) | 09/19/2024 | 11/7/2024 | 23 |
| Expert Discovery Cut-Off | 10/3/2024 | 11/22/2024 | 21 |
| Last Date to Hear Motions | 12/06/2024 | 12/20/2024 | 17 |
| Final Pretrial Conference ("FPTC") | 04/18/2025 | Unchanged 04/18/2025 | |
| Trial | 04/28/2025 | Unchanged 4/28/2025 | |

All remaining dates in the Scheduling Order (ECF No. 52) shall remain unchanged.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE